# UNITED STATES BANKRUPTCY COURT
# FOR THE
# WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| IN RE: ) | |
| ) | |
| THERMOVIEW INDUSTRIES ) | |
| ) | CASE NO. 05-37123(1)(7) |
| Debtor(s) ) | |

## MEMORANDUM-OPINION-ORDER

This matter came before the Court on the Motion to Alter, Amend or Vacate the Court's Order of November 2, 2007 of Henry Plumbing Supply. The Order granted the motion of the Trustee Thomas W. Frentz ("Trustee") to extend the statute of limitations for bringing preference actions pursuant to 11 U.S.C. §547. This is an exceedingly complex case in which the Trustee has pursued and filed nearly 400 adversary proceedings. It is clear that the Court has discretion to extend the time within which the Trustee may commence an avoidance action upon a showing of good cause. Rule 9006(b) of the Federal Rules of Bankruptcy Procedure gives the Court authority "for cause" . . . "at any time in its discretion" to order the time within which an act is specified to take place enlarged. This includes the period of time for commencing avoidance actions under 11 U.S.C. §546(a). See, In re International Administrative Services, Inc., 408 F.3d 689, 690 (11th Cir. 2005).

The case at bar presents a situation where good cause exists to extend the limitations period. The Trustee is actively pursuing hundreds of preference actions and the Court does not find that the his motion to extend the time within which to bring an action against Henry Plumbing Supply was

for purposes of delay. Accordingly, the Court finds no reason to alter or amend its Order extending the deadline for bringing preference actions herein.